# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mary Elizabeth Richard,<br><br>            Plaintiff,<br>v.<br><br>West-Ward Pharmaceuticals, David Waite, and Jane and John Does 1-10,<br><br>            Defendants. | Civil Action No:<br><br>State Docket No.:  MON-L-000516-15<br><br>(Electronically Filed) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT WEST-WARD PHARMACEUTICALS.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the non-governmental corporate party, West-Ward Pharmaceuticals, in the above-listed civil action has the following parent corporation that owns 10% more of its stock: Eurohealth (USA), Inc.  West-Ward Pharmaceuticals has no further disclosures under this rule.

/s/ William Gibson
Frank P. Spada, Jr.
William Gibson
**PEPPER HAMILTON LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808
gibsonw@pepperlaw.com
*Attorneys for Defendants West-Ward Pharmaceuticals and David Waite*

Date: March 20, 2015